IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ALBERTO BURGOS,<br><br>　　　　　　　　Defendant. | CASE NO. 5:21-MJ-00010-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

　　Upon application of the United States of America and good cause having been shown,

　　IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: March 15, 2021

　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　　　CHIEF U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT